**Opinion issued October 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01094-CV

————————————

## IN RE ZURICH AMERICAN INSURANCE COMPANY, Relator

---

Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator Zurich American Insurance

Company challenges the trial court's denial of a plea to the jurisdiction.

We **deny** relator's petition for writ of mandamus. All outstanding motions

are **dismissed as moot**.

---

[1]     The underlying cause of action is *Linda M. Green v. Zurich American Insurance Co.*, in the District court of Harris County, Texas, 133rd Judicial District, cause no. 2010-25688.

# PER CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.